Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| IN RE:<br>Corbin William Archer<br>Lisa Ann Collet Archer<br><br>Debtors | CASE NO: 24-21689<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

**TRUSTEE'S MOTION TO DISMISS**

The Standing Chapter 13 Trustee in this case, recommends that the above referenced case be dismissed for the Debtors' failure to comply with the following statutory requirements, Federal Rule of Bankruptcy Procedure, and/or Local Rules:

1. The Debtors failed to tender the initial plan payment at the 341 Meeting as required by § 1326(a)(1) and Local Rule 2083-1(a).

THEREFORE, based on the foregoing, the Trustee moves the Court for the entry of an Order dismissing this case under 11 U.S.C. § 1307.  If an objection is not filed by June 13, 2024 and served upon the

Trustee, the clerk must enter an order dismissing the case. Unless the Court orders otherwise, any objection to the Trustee's Motion to Dismiss will be heard at the confirmation hearing. No additional notice is required for such hearing.

Dated: 5/20/2024                                LAJ /S/
                                                LON A. JENKINS
                                                CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on May 20, 2024:

Corbin William Archer & Lisa Ann Collet Archer, 3861 E Evelyn Drive, Salt Lake City, UT  84124

STEVEN M. ROGERS,  ECF Notification

                                                /s/ Lindsay Acuna