Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

IN RE:

Corbin William Archer
Lisa Ann Collet Archer

**Debtors**

CASE: 24-21689

Hon. JOEL T. MARKER

Confirmation Hearing: June 18, 2024  10:00 am

## TRUSTEE'S OBJECTION TO EXEMPTIONS

Pursuant to Fed. R. Bankr. P. 4003(b), Lon A. Jenkins, Standing Chapter 13 Trustee, hereby objects to the exemption(s) claimed in Schedule C on the following grounds:

1. The Debtors filed their Chapter 13 petition for relief on April 12, 2024, and the First Meeting of Creditors under § 341 was held on May 17, 2024.

2. The Debtors' Schedule A/B lists an interest in real property located at 3861 E Evelyn Dr, Millcreek, UT (hereinafter the "Real Property").

3. On Schedule C, the Debtors claim a homestead exemption of $101,700 in the Real Property under Utah Code Ann. § 78B-5-503(b).

4. The Debtors have failed to provide the Trustee with evidence of joint ownership for the Real Property and therefore, the Trustee objects to the joint ownership exemption in the Real

Property. See In re Shamo, No. 20-24085, Order Sustaining Trustee's Objection Exemptions at Docket 24, October 21, 2020 (Bankr. D. Utah).

WHEREFORE, the Trustee objects to the Debtors' exemption claimed as stated above. The Trustee hereby objects to confirmation of the Debtors' plan unless the Debtors amend Schedule C to resolve this objection or file a response to this objection.

Dated: May 21, 2024

/s/ MaryAnn Bride
Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Trustee's Objection to Exemption(s) was served on the following parties on May 21, 2024:

STEVEN M. ROGERS, ECF Notification

Corbin William Archer AND Lisa Ann Collet Archer, 3861 E Evelyn Drive
Salt Lake City, UT  84124

Lisa Ann Collet Archer, 3861 E Evelyn Drive
Salt Lake City, UT  84124

/s/ Michelle Moses