```
                                                    12575928
                                                    07/14/2017 12:39 PM $12.00
                                                    Book - 10577 Pg - 9402-9403
                                                    GARY W. OTT
                                                    RECORDER, SALT LAKE COUNTY, UTAH
                                                    TRUSTEE SERVICES INC
When Recorded Mail To:                              PO BOX 2980
Trustee Services, Inc.                              3647 NW BYRON ST
P.O. Box 2980                                       SILVERDALE WA 98383
Silverdale, WA 98383-2980                           BY: DDA, DEPUTY - MA 2 P.
```

## ASSIGNMENT OF DEED OF TRUST/MORTGAGE

Pg: 1 of 2

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇  MERS PHONE # 1-888-679-6377

For Value Received the undersigned as Beneficiary, hereby grants, conveys, assigns and transfers to NATIONSTAR MORTGAGE LLC, whose address is 350 Highland Drive, Lewisville, TX 75067, all beneficial interest under that certain Deed of Trust/Mortgage described below:

Borrower/Mortgagor:
  CORBIN W ARCHER AND LISA A ARCHER JOINT TENANTS

Beneficiary/Mortgagee:
  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR
  REAL ESTATE MORTGAGE NETWORK, INC.
  IT'S SUCCESSORS AND ASSIGNS

| | | | |
|---|---|---|---|
| Dated | : 10/17/2012 | | |
| Recorded | : 10/17/2012 | Re-Recorded | : |
| Instrument # | : 11494035 | Instrument # | : |
| Book / Reel | : 10067 | Book / Reel | : |
| Page | : 3777-3791 | Page | : |

Filed for record in SALT LAKE County, State of UTAH

Legal Description:

ALL OF LOT 319, MOUNT OLYMPUS PARK NO. 3, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.

Tax ID #: 16-36-380-007-0000

Ent 12575928 BK 10577 PG 9402

**Exhibit C**

Pg: 2 of 2

Dated: Jun 15, 2017

PNC BANK, NATIONAL ASSOCIATION

_____
Daniel W. Ormerod, Acting Agent

State of Washington
County of Kitsap

On Jun 15, 2017, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared Daniel W. Ormerod to me known to be the Acting Agent of the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath state that he is authorized to execute the said instrument.

Witness my hand and official seal hereto affixed the day and year first above written.

_____
Notary Public in and for the State of Washington
Residing at Silverdale

> Notary Public
> State of Washington
> Gary W. Enriquez
> Commission Expires 10/27/2017

*BK 10577 PG 9403*

**Exhibit C**