Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah**

| | |
|---|---|
| IN RE: | CASE: 24-21689 |
| Corbin William Archer<br>Lisa Ann Collet Archer | CHAPTER 13 |
| | HON. JOEL T. MARKER |
| **Debtors** | Confirmation Hearing: June 18, 2024 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

    A hearing on confirmation of the Chapter 13 plan came before this Court on June 18, 2024 10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

    The hearing on confirmation is continued to August 20, 2024 at 10:00 AM.

    IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan will be denied and the case will be dismissed without further notice or hearing upon declaration by the Trustee:

Debtor to provide to the Trustee or file with the Court the following documents by July 30, 2024 or r the Trustee may file a Declaration of Non-Compliance and this case will be dismissed without further notice or hearing:

a) Profit and Loss statements for all self-employment income earned during the sixty (60) days prior to the petition date.
b) Business questionnaire for a business operated during the sixty (60) days prior to the petition date and all related documents.
c) Statements from their financial accounts with Key Bank, Venmo, Acorn, and PayPal for the period that covers the petition date.
d) File an itemized, separate budget disclosing the income and expenses related to the operation of a business.
e) Provide copies of all State and Federal tax returns filed post-petition, including 2019, 2020, 2021, 2022, and 2023.
f) File amended Statement of Financial Affairs, Interrogatory Nos. 4, 5, 18, 27, and 28.
g) File a Declaration of Filed Tax Returns.
h) File amended Schedule A/B to include second account with Key Bank and all business interests.
i) File an Amended Schedule D to provide an address for Greg Dudey.
J) Provide all documents relating to the transfer of real property at 3861 E. Evelyn Drive to Greg Dudey including any appraisal used.
k) Provide formal accounting of all proceeds of loan with Gret Dudey.
l) Provide all documents relating to the transfer or assignment of interest in the real property to RSVP Holdings.
m) Provide copy of Court Docket sheet for the RSVP Holdings lawsuit.
n) File amended Schedule E/F to include amounts of debt owed.
o) Provide evidence as to the loan balance as of the petition date.
p) File amended plan to include step payment (if applicable), include current installment payment in Part 3.1 as listed on Schedule J, add treatment of Chrysler Capital, and provide tax return language.
q) Provide the book end pay advices or evidence of income used to calculate the Form 122C-1.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on June 18, 2024.

STEVEN M. ROGERS,  ECF Notification
AARON WAITE, UTAH STATE TAX COMMISSION, ECF NOTIFICATION
JANCI LAWS, NATIONSTAR MORTGAGE LLC, ECF NOTIFICATION
BRIAN ROTHSCHILD, GLASS AMERICA MIDWEST, LLC, ECF NOTIFICATION

MARK ROSE, GLASS MECHANIX SOLUTIONS, INC, ECF NOTIFICATION

/s/ Shanna Vagana

## DESIGNATION OF PARTIES TO BE SERVED

Corbin William Archer & Lisa Ann Collet Archer, 3861 E Evelyn Drive, Salt Lake City, UT  84124


STEVEN M. ROGERS,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION
AARON WAITE, UTAH STATE TAX COMMISSION, ECF NOTIFICATION
JANCI LAWS, NATIONSTAR MORTGAGE LLC, ECF NOTIFICATION
BRIAN ROTHSCHILD, GLASS AMERICA MIDWEST, LLC, ECF NOTIFICATION
MARK ROSE, GLASS MECHANIX SOLUTIONS, INC, ECF NOTIFICATION