<u>*Order Prepared and Submitted By:*</u>
Mark C. Rose, #13855
Brian J. Porter, #14291
**MCKAY, BURTON & THURMAN, P.C.**
Parkview Plaza I
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
E-mail: bporter@mbt-law.com
*Attorneys for Creditor Glass Mechanix Solutions, Inc.*

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>CORBIN WILLIAM ARCHER and<br>LISA ANN COLLET ARCHER<br><br>Debtors. | Bankruptcy Case 24-21689<br>(Chapter 13)<br><br>Judge Joel T. Marker<br><br>**FILED ELECTRONICALLY** |

**ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE
FOR FILING A COMPLAINT CONCERNING DEBTORS' DISCHARGE UNDER
11 U.S.C. § 523**

Before the court for ruling is the *Stipulated Motion to Extend the Deadline for Filing a Complaint Concerning Debtor's Discharge Under 11 U.S.C. § 523* (the "Stipulation"), which was jointly filed by Debtors Corbin W. Archer and Lisa Ann C. Archer (collectively, "Debtors") and Creditor Glass Mechanix Solutions, Inc. ("Creditor"). The Stipulation seeks an order

extending Creditor's deadlines for filing a complaint concerning Debtors' discharge under 11 U.S.C. § 523 ("Section 523").

Having reviewed the Stipulation, notice being proper, and good cause appearing, it is hereby **ORDERED** as follows:

1. The Stipulation is **GRANTED**; and

2. Creditor's deadline for filing a complaint concerning Debtor's discharge under Section 523 is extended to August 30, 2024.

----------------------------------------END OF ORDER----------------------------------------

**AGREED AS TO FORM AND CONTENT BY:**

**ROGERS & RUSSELL**

*_____
Steven M. Rogers
*Attorneys for Debtors Corbin W. Archer and Lisa Ann C. Archer*
*To be endorsed electronically via CM-ECF.

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE FOR FILING A COMPLAINT CONCERNING DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 523** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins, ecfmail@ch13ut.org, lneebling@ch13ut.org
Mark C. Rose, mrose@mbt-law.com, markcroselegal@gmail.com
Jesse A.P. Baker, ecfutb@aldridgepite.com
Janci M. Lawes, jlawes@aldridgepite.com
Steven M. Rogers, srogers@roruss.com
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Aaron M. Waite, aaronmwaite@agutah.gov
**All other parties entitled to CM-ECF notice in this case**

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R.Civ.P.5(b):

_____
Deputy Clerk