BRIAN M. ROTHSCHILD (15316)
ALEX N. VANDIVER (17700)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
brothschild@parsonsbehle.com
avandiver@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Creditor Glass America Midwest LLC*

Hearing Date: August 14, 2024, 9:30 a.m.

Objection Deadline: July 25, 2024

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>Corbin William Archer<br>Lisa Ann Collet Archer<br><br>Debtors | **NOTICE OF HEARING ON GLASS AMERICA MIDWEST, LLC'S MOTION TO DISMISS AND REQUEST TO BAR FILING FOR 180 DAYS**<br><br>Case No. 24-bk-21689-JTM<br><br>Judge Joel T. Marker |
|---|---|

**PLEASE TAKE NOTICE** that the Honorable Joel T. Marker has set a hearing on the Motion to Dismiss and Request to Bar Filing for 180 Days (the "**Motion**") (ECF 26) filed by Glass America Midwest LLC ("**Glass America**"), creditor of the above-captioned Debtors, Corbin William Archer and Lisa Ann Collet Archer (the "**Debtors**") pursuant to sections 105 and 1307(c) of title 11 of the United States Code (the "**Bankruptcy Code**" or "**Code**") to dismiss the chapter 13 case of the Debtors for cause including bad faith, failure to comply with disclosure and noticing requirements, and ineligibility under section § 109(e) of the Bankruptcy Code. The Court has set

4856-0856-9799

a hearing for August 14, 2024, at 9:30 a.m., (Prevailing Utah Time) (the "**Hearing**") in the United States Bankruptcy Court via using the following video conference information:

> Cases before Judge Marker:
> https://www.zoomgov.com/j/16154788875
> Meeting ID: 161 5478 8875
> Passcode/Participant ID: 3834658
> CALL NOW or +1 669 254 52582

**Summary of Relief Requested**. At the Hearing, the Court will consider relief requested in the Motion including dismissal of the Debtors' bankruptcy case, with prejudice and a 180-day bar to refiling for cause, all as set forth in more detail in the Motion.

A copy of the Motion and all other pleadings in this chapter 7 case can be obtained through the Bankruptcy Court's Public Access to Court's Electronic Records (PACER) system, available at http://www.utb.uscourts.gov.

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>.

IF YOU OBJECT TO THE RELIEF REQUESTED IN THE MOTION, YOU MUST, **(1) NO LATER THAN <u>JULY 25, 2024</u>, FILE YOUR OBJECTION WITH THE BANKRUPTCY COURT AND SERVE IT ON THE UNDERSIGNED, THE UNITED STATES TRUSTEE, AND ANY PARTY WHO HAS FILED A REQUEST FOR NOTICE IN THIS CASE; AND** (3) ATTEND THE HEARING SCHEDULED FOR <u>AUGUST 14, 2024 AT 9:30 A.M., (PREVAILING UTAH TIME)</u> AT THE ABOVE VIDEO CONFERENCE LINE.

IF YOU FAIL TO OBJECT, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT HEARING YOUR OBJECTION.

4856-0856-9799

DATED this 8th day of July, 2024.

        **PARSONS BEHLE & LATIMER**

        */s/ Brian M. Rothschild*
        Brian M. Rothschild
        Alex N. Vandiver
        *Attorneys for Plaintiff Glass America Midwest LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2024, a true and correct copy of the foregoing, **NOTICE OF HEARING ON GLASS OF AMERICA MIDWEST LLC'S MOTION TO DISMISS AND REQUEST TO BAR FILING FOR 180 DAYS,** to be served as follows:

(1) by filing on the Courts' docket, which sent notice by electronic mail to the following:

- Jesse A.P. Baker    ecfutb@aldridgepite.com; jbaker@aldridgepite.com
- Lon Jenkins tr     ecfmail@ch13ut.org; lneebling@ch13ut.org
- Janci M. Lawes    jlawes@aldridgepite.com,; janci@jltlawut.com; jlawes4@gmail.com; ecfutb@aldridgepite.com; r47629@notify.bestcase.com
- Steven M. Rogers    srogers@roruss.com; nrussell@roruss.com; rorusslaw@gmail.com; paralegal@roruss.com; r47264@notify.bestcase.com; bwhiting@roruss.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronmwaite@agutah.gov

(2) by mail to the Debtor's mailing matrix attached hereto and to the following:

(No Manual Recipients)

*/s/ Brian M. Rothschild*

4856-0856-9799

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 24-21689<br>District of Utah<br>Salt Lake City<br>Mon Jul  8 14:55:24 MDT 2024 | Aldridge Pite, LLP<br>374 East 720 South<br>Orem, UT 84058-6342 | American Express<br>200 Vesey Street<br>New York, NY 10285-3106 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Corbin William Archer<br>3861 E Evelyn Drive<br>Salt Lake City, UT 84124-2307 | Lisa Ann Collet Archer<br>3861 E Evelyn Drive<br>Salt Lake City, UT 84124-2307 |
| Jesse A.P. Baker<br>Aldridge Pite, LLP<br>3333 Camino del Rio South<br>Ste 225<br>San Diego, CA 92108-3808 | Boost Finance<br>5940 Summerhill Rd.<br>Texarkana, TX 75503-1639 | Boost Finance<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101-2051 |
| Cash Central<br>P.O. Box 30192 Salt Lake City,<br>UT 84130-0192 | CashNet USA<br>P.O. Box 06230<br>Chicago, IL 60680-6208 | Chrysler Capital<br>1601 Elm Street #800<br>Dallas, TX 75201-7260 |
| Easy Cash ASAP, LLC<br>PO Box 11443<br>Overland Park, KS 66207-1443 | Glass Mechanix Solutions, Inc.<br>Attn: Mark C. Rose<br>2180 South 1300 East, Suite 400<br>Salt Lake City, UT 84106-7814 | Glass Mechanix Solutions, Inc.<br>c/o Mark C. Rose<br>2180 South 1300 East, Suite 00<br>Salt Lake City, Utah 84106-2813 |
| Home Depot Credit Services<br>P.O. Box 790340<br>Saint Louis, MO 63179-0340 | IRS<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lon Jenkins tr<br>Ch. 13 Trustee's Office<br>465 South 400 East<br>Suite 200<br>Salt Lake City, UT 84111-3345 |
| KC Credit<br>2016 Swift St<br>Kansas City, MO 64116-3424 | Janci M. Lawes<br>Aldridge Pite, LLP<br>374 East 720 South<br>Orem, UT 84058-6342 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Mountain America Credit Union<br>PO Box 2331<br>Sandy, UT 84091-2331 | Mr. Cooper<br>425 Walnut Street<br>Cincinnati, OH 45202-3956 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Nationstar Mortgage LLC<br>c/o ALDRIDGE PITE, LLP<br>8880 Rio San Diego Drive, Suite 725<br>San Diego, CA 92108-1619 | Net Credit<br>175 W Jackson Blvd Suite 1000<br>Chicago, IL 60604-2863 | NetCredit<br>175 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-2948 |
| Steven M. Rogers<br>Rogers & Russell<br>170 S. Main St.<br>Pleasant Grove, UT 84062-2631 | (p)MARK C ROSE<br>2180 SOUTH 1300 EAST<br>SUITE 400<br>SALT LAKE CITY UT 84106-7814 | Brian M. Rothschild<br>Parsons Behle & Latimer<br>201 S. Main St. Suite 1800<br>Salt Lake City, UT 84111-2218 |

| | | |
|---|---|---|
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>1601 Elm St., Suite 800<br>Dallas, TX 75201-7260 | Speedy #89<br>P.O. Box 782260<br>Wichita, KS 67278-2260 | Speedy/Rapid Cash<br>15 Bull Street<br>Suite 200<br>Savannah, GA 31401-2686 |
| Spot Loan<br>1110 Hospital Rd.<br>Belcourt, ND 58316 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Utah State Tax Commission<br>Attn Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Utah State Tax Commission<br>BK Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Aaron M. Waite<br>Office of Utah Attorney General<br>160 E 300 S, Fifth Floor<br>Salt Lake City, UT 84114 |
| Wilshire Consumer Credit<br>4751 Wilshire Blvd, Suite 100<br>Los Angeles, CA 90010-3847 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 752619741 | Mark C. Rose<br>McKay, Burton & Thurman, P.C.<br>2180 South 1300 East, Suite 400<br>Salt Lake City, UT 84106 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| (d)US Bank<br>PO Box 108<br>Saint Louis, MO 63166-0108 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Glass America Midwest, LLC | (u)Nationstar Mortgage LLC | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                   41 |