*Order Prepared and Submitted By:*
Mark C. Rose, #13855
Brian J. Porter, #14291
**MCKAY, BURTON & THURMAN, P.C.**
Parkview Plaza I
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
E-mail: bporter@mbt-law.com
*Attorneys for Creditor Glass Mechanix Solutions, Inc.*

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>CORBIN WILLIAM ARCHER and LISA ANN COLLET ARCHER<br><br>Debtors. | Bankruptcy Case 24-21689<br>(Chapter 13)<br><br>Judge Joel T. Marker<br><br>**FILED ELECTRONICALLY** |

**ORDER GRANTING EX PARTE MOTION FOR AUTHORIZATION TO TAKE THE EXAMINATION OF KEYBANK NATIONAL ASSOCIATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Before the Court for ruling is Creditor Glass Mechanix Solutions, Inc.'s ("Glass Mechanix") *Ex Parte Motion for Authorization to Take the Examination of Corporation Service Company Under Federal Rule of Bankruptcy Procedure 2004* (the "Motion"). The Motion seeks

1

the Court's authorization for Glass Mechanix to examine KeyBank National Association ("KeyBank") under Rule 2004 of the Federal Rules of Bankruptcy Procedure.

Based on the Motion and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. Glass Mechanix may conduct the examination of KeyBank pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, so long as at least fourteen (14) days' notice is provided; and

3. KeyBank's attendance and production of documents may be compelled by subpoena pursuant to Federal Rule of Bankruptcy Procedure 2004(c).

*****************************END OF ORDER***************************

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING EX PARTE MOTION FOR AUTHORIZATION TO TAKE THE EXAMINATION OF KEYBANK NATIONAL ASSOCIATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

Mark C. Rose,   mrose@mbt-law.com, markcroselegal@gmail.com
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Jesse A.P. Baker, ecfutb@aldridgepite.com
Lon Jenkins, ecfmail@ch13ut.org
Janci M. Lawes, jlawes@aldridgepite.com
Steven M. Rogers, srogers@roruss.com
Mark C. Rose, mrose@mbt-law.com
Brian M. Rothschild, brothschild@parsonsbehle.com
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Aaron M. Waite, aaronmwaite@agutah.gov
**All other parties registered with CM/ECF and entitled to notice in this case**

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R.Civ.P.5(b):

None.

                                                                          _____
                                                                          Deputy Clerk