Mark C. Rose, #13855
Brian J. Porter, #14291
**McKay, Burton & Thurman, P.C.**
Parkview Plaza I
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
E-mail: bporter@mbt-law.com
*Attorneys for Creditor Glass Mechanix Solutions, Inc.*

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Case 24-21689 |
|---|---|
| CORBIN WILLIAM ARCHER and LISA ANN COLLET ARCHER | (Chapter 13) |
| | Judge Joel T. Marker |
| Debtors. | **FILED ELECTRONICALLY** |

### EX PARTE MOTION FOR AUTHORIZATION TO TAKE THE EXAMINATION OF PAYPAL, INC. UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Creditor Glass Mechanix Solutions, Inc. ("Glass Mechanix"), by and through undersigned counsel, hereby moves the Court for an order authorizing it to conduct the examination of PayPal, Inc. ("PayPal") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1.

Glass Mechanix desires to conduct PayPal's examination, including the subpoenaing of documents, records, and information, in order to learn more about Debtors Corbin William Archer and Lisa Ann Collet Archer (collectively, "Debtors") financial affairs and dealings. Debtors used

PayPal's services for financial transactions. Glass Mechanix seeks to know more about the financial dealings between PayPal and Debtors. Pursuant to Local Rule 2004-1, PayPal will receive no less than fourteen (14) days' notice of the examination.

**WHEREFORE**, Glass Mechanix requests that the Court enter an order allowing it to conduct PayPal's examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

DATED this 23rd day of July, 2024.

                                      **MCKAY, BURTON & THURMAN, P.C.**

                                        /s/ Mark C. Rose
                                    Mark C. Rose
                                    *Attorneys for Creditor Glass Mechanix Solutions, Inc.*