Brian M. Rothschild (15316)
Alex N. Vandiver (17700)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
brothschild@parsonsbehle.com
avandiver@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Glass America Midwest LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>Corbin William Archer<br>Lisa Ann Collet Archer<br><br>      Debtors | **ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS**<br><br>Case No. 24-bk-21689-JTM<br><br>Judge Joel T. Marker |

      On the Ex Parte Motion for Rule 2004 Examination and Production of Documents (the

**"Motion"**, Docket No. ___ filed on _____), finding just cause for the relief sought, the

Court hereby orders as follows:

4873-9391-6626

1. Glass America Midwest, LLC ("**Glass America**") is authorized to take the Rule 2004 Examination of Debtor Corbin William Archer ("**Archer**") and may compel Archer's participation at an appropriate time and place by subpoena pursuant to Fed. R. Bankr. P. 9016.

2. Glass America is authorized to request production of documents as set forth in the Motion and may compel production by subpoena or document request pursuant to Fed. R. Bankr. P. 9016, 9026 and the applicable rules of civil procedure.

###

[END OF DOCUMENT]

4873-9391-6626

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Jesse A.P. Baker    ecfutb@aldridgepite.com, jbaker@aldridgepite.com
- Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Janci M. Lawes    jlawes@aldridgepite.com, jlawes4@gmail.com;ecfutb@aldridgepite.com
- Steven M. Rogers    srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;r47264@notify.bestcase.com;bwhiting@roruss.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronmwaite@agutah.gov

The following parties in interest are not registered ECF users and must be notified manually:

None

Dated this 24th day of July, 2024.

**PARSONS BEHLE & LATIMER**

/s/ Brian M. Rothschild
Brian M. Rothschild

4873-9391-6626