Brian M. Rothschild (15316)
Alex N. Vandiver (17700)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
brothschild@parsonsbehle.com
avandiver@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Glass America Midwest LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>Corbin William Archer<br>Lisa Ann Collet Archer<br><br>Debtors | **ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS**<br><br>Case No. 24-bk-21689-JTM<br><br>Judge Joel T. Marker |

On the Ex Parte Motion for Rule 2004 Examination and Production of Documents (the **"Motion"**, Docket No. 32 filed on July 24, 2024), finding just cause for the relief sought, the Court hereby orders as follows:

4873-9391-6626

1. Glass America Midwest, LLC ("**Glass America**") is authorized to take the Rule 2004 Examination of Debtor Corbin William Archer ("**Archer**"), by subpoena pursuant to Fed. R. Bankr. P. 9016, on August 15, 2024, beginning at 9:00 a.m. or at such other time and place as the parties may agree in writing.

2. Glass America is authorized to request production of documents of the following documents and may compel production by subpoena or document request pursuant to Fed. R. Bankr. P. 9016, 9026 and the applicable rules of civil procedure:

    a. All documents evidencing or reflecting payments, funds, or property of any kind or nature whatsoever received by Archer in relation to Connect Auto Glass LLC and/or GMX LLC from January 1, 2020 to present.

    b. All contracts between Archer, on the one side, and Connect Auto Glass LLC and/or GMX LLC, on the other side, from January 1, 2020 to present;

    c. All communications between Archer and Connect Auto Glass LLC and/or GMX LLC or any of their employees, agents, officers, directors, or controlling parties from January 1, 2020 to present, including without limitation any engagement letters or conflicts waivers between those same parties; and

    d. All communications between Archer and Gregory Dudey from January 1, 2020 to present, including without limitation any engagement letters or conflicts waivers between those same parties.

###

[END OF DOCUMENT]

4873-9391-6626

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Jesse A.P. Baker    ecfutb@aldridgepite.com, jbaker@aldridgepite.com
- Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Janci M. Lawes    jlawes@aldridgepite.com, jlawes4@gmail.com;ecfutb@aldridgepite.com
- Steven M. Rogers    srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;r47264@notify.bestcase.com;bwhiting@roruss.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronmwaite@agutah.gov

The following parties in interest are not registered ECF users and must be notified manually:

None

Dated this 24th day of July, 2024.

                                        **PARSONS BEHLE & LATIMER**

                                        /s/ Brian M. Rothschild
                                        Brian M. Rothschild

4873-9391-6626