**This order is SIGNED.**

**Dated: July 29, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



---

Brian M. Rothschild (15316)
Alex N. Vandiver (17700)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
brothschild@parsonsbehle.com
avandiver@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Glass America Midwest LLC*

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Corbin William Archer<br>Lisa Ann Collet Archer<br><br>Debtors | **ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS**<br><br>Case No. 24-bk-21689-JTM<br><br>Judge Joel T. Marker |

On the Ex Parte Motion for Rule 2004 Examination and Production of Documents (the **"Motion"**, Docket No. 32 filed on July 24, 2024), finding just cause for the relief sought, the Court hereby orders as follows:

4873-9391-6626

1. The Motion is **GRANTED**;

2. Glass America Midwest, LLC ("**Glass America**") is authorized to take the Rule 2004 Examination of Debtor Corbin William Archer ("**Archer**") at such other time and place as the parties may agree in writing or will receive at least 14 days' notice of the examination; and

3. Glass America may seek compulsory attendance of Archer and the production of documents by subpoena consistent with Fed. R. Bankr. P. 2004(c) and 9016.

[END OF DOCUMENT]

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Jesse A.P. Baker    ecfutb@aldridgepite.com, jbaker@aldridgepite.com
- Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Janci M. Lawes    jlawes@aldridgepite.com, jlawes4@gmail.com;ecfutb@aldridgepite.com
- Steven M. Rogers    srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;r47264@notify.bestcase.com;bwhiting@roruss.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronmwaite@agutah.gov

The following parties in interest are not registered ECF users and must be notified manually:

  None

Dated this 24th day of July, 2024.

**PARSONS BEHLE & LATIMER**

/s/ *Brian M. Rothschild*
Brian M. Rothschild

4873-9391-6626