Steven M. Rogers (13854)
Nicholas R. Russell (15018)
Rogers & Russell, PLLC
170 S Main Street
Pleasant Grove, UT 84062
(801) 899-6064 phone
(801) 210-5388 fax
paralegal@roruss.com
Attorneys for Debtor(s)

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION ||
|---|---|
| In Re: <br><br>Corbin William Archer <br>Lisa Ann Collet Archer, <br><br>Debtor(s). | Case No. 24-21689 <br><br> Chapter 13 <br><br> Hon. Joel T. Marker |
| **DEBTORS' MOTION TO EXTEND TIME TO FILE DOCUMENTS** ||

COME NOW Debtors, by and through counsel of record, and hereby move this Court for an Order granting Debtors' Motion to Extend Time to provide documents as outlined in the order continuing confirmation. Debtors represent the following in support of their motion:

1. Debtors filed this Chapter 13 bankruptcy petition on April 12, 2024.

2. Debtors were required by the courts to file documents with the trustee by 7/30/2024.

3. Debtors are working on acquiring the documents necessary to assist their counsel in preparing the necessary documents and amendments.

4. Debtors need an additional 21 days until August 20, 2024 to file and provide the remaining documents.

5. Debtors have filed some with the court and provided to the trustee some of the documents but need more time in order to file the remaining documents listed below:

    a. Venmo Financial Accounts

    b. Amended Schedule A/B

    c. Amended Schedule D

    d. Amended Statement of Financial Affairs

    e. Declaration of Filed Tax Returns

    f. Documents relating to the transfer of real property to Greg Dudey

    g. Formal Accounting of all proceeds of loan with Greg Dudey

    h. Documents relating to the transfer or assignment of interest in the property to RSVP Holdings

    i. Amended Schedule E/F

    j. Evidence as to the loan balance

    k. Amended plan to include step payment to Chrysler Capital in Part 3.1

    l. Book end pay advices used to calculate form 122C-1

6. Debtors seek an additional 14 days to file the above-mentioned documents to avoid having their case dismissed

WHEREFORE, Debtors pray this Motion to Extend Time to file the afore-mentioned documents be granted and the time to file and provide the documents be extended to August 20, 2024.

Dated July 30, 2024

                                                  /s/
                                                  Steven M. Rogers
                                                  Attorney for Debtors

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on *July 30, 2024* I electronically filed the foregoing DEBTORS' EX-PARTE MOTION TO EXTEND TIME TO FILE MOTIONS TO AVOID LIENS with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- **Jesse A.P. Baker**    ecfutb@aldridgepite.com, jbaker@aldridgepite.com
- **Lon Jenkins tr**    ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Janci M. Lawes**    jlawes@aldridgepite.com, jlawes4@gmail.com;ecfutb@aldridgepite.com
- **Steven M. Rogers**    srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;r47264@notify.bestcase.com;bwhiting@roruss.com
- **Mark C. Rose**    mrose@mbt-law.com, markcroselegal@gmail.com
- **Brian M. Rothschild**    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite**    aaronmwaite@agutah.gov

**CERTIFICATE OF SERVICE – MAIL, OTHER**

I hereby certify that on *July 30, 2024* I caused to be served a true and correct copy of the foregoing DEBTORS' EX-PARTE MOTION TO EXTEND TIME TO FILE MOTIONS TO AVOID LIENS as follows:

**Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to:**
*-NONE-*

**Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated July 30, 2024 attached hereto.**
*-NONE-*

/s/

Arthur Mantoan

Paralegal