**This order is SIGNED.**

**Dated: August 14, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



Order prepared and submitted by:

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 S 400 E, STE 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>CORBIN WILLIAM ARCHER,<br>LISA ANN COLLET ARCHER,<br><br>Debtors. | Case No. 24-21689<br>Chapter 13<br>Hon. Joel T. Marker |
|---|---|

### ORDER GRANTING MOTION TO DISMISS AND REQUEST TO BAR REFILING FOR 180 DAYS

On July 4, 2024, Creditor Glass America Midwest LLC "Glass America" filed a motion to dismiss and request to bar refiling for 180 days. On August 1, 2024, the Chapter 13 Trustee filed a joinder to Glass America's motion. No other responses were filed to the Motion. On August 14, 2024, a hearing was held where Darren Nielsen appeared for Glass America, MaryAnn Bride appeared for the Chapter 13 Trustee, and Steven Rogers appeared for the Debtors. Based on the Court's findings, with proper notice, having reviewed the pleadings, and for good cause appearing, the Court hereby **ORDERS, DECREES, AND ADJUDGES THAT:**

1. The case is dismissed with prejudice.

2. Debtors are barred from refiling any bankruptcy petition for a period of no less than 180 days from the date of dismissal until February 10, 2025.

3. Counsel for the Debtors may file a fee application within 7 days.

**END OF DOCUMENT**

**DESIGNATION OF PARTIES TO BE SERVED**

**By Electronic Services:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

>Lon A. Jenkins
>Steven Rogers
>Brian Rothschild

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

>Corbin William Archer
>Lisa Ann Collet Archer
>3861 East Evelyn Drive
>Salt Lake City, UT 84124

>/s/   MB
>Office of the Chapter 13 Trustee

2