Steven M. Rogers (13854)
Nicholas R. Russell (15018)
ROGERS & RUSSELL
170 S. Main Street
Pleasant Grove, Utah 84062
(801) 899-6064 phone
(801) 210-5388 fax
paralegal@roruss.com
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br>Corbin William Archer<br>Lisa Ann Archer,<br><br>            Debtor(s). | Case No. 24-21689<br><br>Chapter 13<br><br>Hon. Joel T. Marker |
| **APPLICATION FOR AWARD OF ATTORNEY FEES** | |

Attorney for Debtors, Steven M. Rogers of Rogers & Russell, PLLC, hereby makes application for compensation and states the following in support of his application:

1. Rogers & Russell, PLLC (the "Firm") is counsel for Debtors in a Chapter 13 case filed on May 12, 2024.

2. Debtors' Chapter 13 Plan was Dismissed by this Court on August 14, 2024.

3. The Firm has performed, on behalf of the above-named Debtors, various tasks related to filing the petition and confirmation of the chapter 13 plan as disclosed on the attached Exhibit A.

4. All professional services for which allowance of compensation is requested were actually performed by the Firm for and on behalf of the Estate as being both reasonable and necessary. Applicant exercised reasonable billing judgment encompassing situations, if any, where more than one attorney has been involved in the same hearing or conference and with respect to non-legal services including travel time, if any.

5. The rates charged by the Firm were, at all times since the inception of these proceedings, normal charges for similar work performed for other clients and are consistent with the rates previously viewed by the Court as appropriate and charged in the State of Utah by attorneys and para-professionals with similar experience.

6. The Firm attaches a record of time and resources spent on representing Debtors as EXHIBIT A.

7. The total amount expended in time and expenses necessary to accomplish the tasks referenced herein is $4,092.50

8. The Firm requests an award of attorney fees in the total amount of $4,092.50, as an administrative expense paid by funds of the bankruptcy estate to the extent available.

9. The Firm received a retainer of $187.00.

10. The Firm requests an award of attorney fees be granted as an administrative expense under 11 U.S.C. § 503(b).

Wherefore, Debtors' attorney prays the court for an AWARD of attorney fees in the amount of $4,092.50.

Dated August 16, 2024.                    /s/_____
                                          Steven M. Rogers
                                          Attorney for Debtors

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on *August 16, 2024* I electronically filed the foregoing Application for Award of Attorney Fees with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- **Jesse A.P. Baker    ecfutb@aldridgepite.com, jbaker@aldridgepite.com**
- **Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org**
- **Janci M. Lawes    jlawes@aldridgepite.com, jlawes4@gmail.com;ecfutb@aldridgepite.com**
- **Steven M. Rogers    srogers@roruss.com, nrussell@roruss.com;rorusslaw@gmail.com;paralegal@roruss.com;r47264@notify.bestcase.com;bwhiting@roruss.com**
- **Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com**
- **Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com**
- **United States Trustee    USTPRegion19.SK.ECF@usdoj.gov**
- **Aaron M. Waite    aaronmwaite@agutah.gov**

**CERTIFICATE OF SERVICE – MAIL, OTHER**

I hereby certify that on *August 16, 2024* I caused to be served a true and correct copy of the foregoing Application for Award of Attorney Fees as follows:

**Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to:**
*-NONE-*

**Mail Service to Entire Matrix – By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated August 16, 2024 attached hereto.**
*Attached Matrix*

/s/

Arthur Mantoan

Paralegal

# EXHIBIT A

801.899.6064

# INVOICE

**ROGERS & RUSSELL**
ATTORNEYS AT LAW

INVOICE NUMBER: 8173
INVOICE DATE: AUGUST 14, 2024

FROM: Rogers & Russell, PLLC
170 S Main St
Pleasant Grove , UT 84062

TO: Archer, Corbin
Corbin Archer
3861 E Evelyn Dr.
SLC, UT 84124

Click here to pay online.

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| APR-10-24 | Paralegal | Prep petition and other documents to perform initial signing appointment; provide list of creditors and disclosures to client | 0.75 | $150.00 | $112.50 |
| APR-11-24 | SMR | Review and sign initial petition and related documents with client; reviewed disclosures and common issues with chapter 13 cases; discuss need to communicate with my office | 0.85 | $350.00 | $297.50 |
| APR-12-24 | Paralegal | Text client for signed documents; Submit petition and related documents to initiate case. | 0.50 | $150.00 | $75.00 |
| APR-16-24 | Paralegal | Review notice from court related to prior filings | 0.15 | $150.00 | $22.50 |
| APR-22-24 | Paralegal | Receive notice of 341 and calendar the deadlines on the same | 0.20 | $150.00 | $30.00 |
| APR-25-24 | SMR | mtg with client to finalize and review statements and schedules to be filed with the court | 1.00 | $350.00 | $350.00 |
| APR-25-24 | Paralegal | Receive and review objection to confirmation from USTC; communicate with client re: the same | 0.25 | $150.00 | $37.50 |
| APR-25-24 | Paralegal | exchange texts and call client to request information to finalize statements and schedules to sign and submit deficiency documents; prepare statements and schedules of signing appointment | 1.00 | $150.00 | $150.00 |
| APR-26-24 | Paralegal | Finalize and submit statements and schedules to the court | 0.50 | $150.00 | $75.00 |
| MAY-06-24 | Paralegal | Request document for 341 and communicate with client about getting documents needed to provide to trustee; discussed need to prepare and file taxes | 0.70 | $150.00 | $105.00 |

Page 1 of 3

INVOICE NUMBER: 8173

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-08-24 | Paralegal | email and phone call with client regarding 341 documents and requesting the same again | 0.20 | $150.00 | $30.00 |
| MAY-16-24 | Paralegal | Follow-up with client regarding documents for 341; save and submit document we received. | 0.60 | $150.00 | $90.00 |
| MAY-20-24 | WCT | Preparation and Attendance at 341 Meeting. | 0.50 | $250.00 | $125.00 |
| MAY-22-24 | Paralegal | Receive and review t'ee objection to confirmation and objection to exemption; communicate the same to client | 0.25 | $150.00 | $37.50 |
| MAY-29-24 | Paralegal | Communicate with client related to payment to be made to the trustee | 0.20 | $150.00 | $30.00 |
| MAY-31-24 | Paralegal | Receive and review objection to confirmation from t'ee; verify withdrawal of motion to dismiss | 0.25 | $150.00 | $37.50 |
| JUN-03-24 | Paralegal | Receive and review objection to plan by mortgage; mtg with SMR to discuss direction of case; instructed to contact client and get documents to resolve confirmation | 0.50 | $150.00 | $75.00 |
| JUN-03-24 | SMR | Mtg with paralegal to discuss objections to confirmation and documents needed to resolved objections; directed paralegal to contact client | 0.50 | $350.00 | $175.00 |
| JUN-12-24 | Paralegal | Receive and review objection to confirmation from creditor; discuss with attorney | 0.20 | $150.00 | $30.00 |
| JUN-12-24 | SMR | Review objection to plan from creditor | 0.20 | $350.00 | $70.00 |
| JUN-12-24 | Paralegal | Follow-up with client re: documents still needed | 0.10 | $150.00 | $15.00 |
| JUN-17-24 | Paralegal | Follow-up with client re: documents needed | 0.15 | $150.00 | $22.50 |
| JUN-18-24 | SMR | Prep for and attend confirmation hearing | 0.50 | $350.00 | $175.00 |
| JUN-18-24 | Paralegal | Reach out to client to get a meeting with attorney | 0.10 | $150.00 | $15.00 |
| JUN-18-24 | Paralegal | Follow-up with client re: confirmation hearing and documents required to be provided | 0.20 | $150.00 | $30.00 |
| JUN-24-24 | Paralegal | Follow-up with client; discuss matter with client and review documents; instruct client on what documents we still needed | 1.00 | $150.00 | $150.00 |
| JUL-03-24 | SMR | Communicate with counsel for creditor re: extending time to file AP; stipulate to motion to extend time | 0.25 | $350.00 | $87.50 |
| JUL-09-24 | SMR | Mtg with paralegal re: motion to dismiss direct paralegal to get me a meeting with client | 0.20 | $350.00 | $70.00 |
| JUL-09-24 | Paralegal | Receive and review motion to dismiss with prejudice; discuss with attorney; attempt to communicate with client re: mtg with attorney | 0.20 | $150.00 | $30.00 |
| JUL-16-24 | Paralegal | Follow-up with client | 0.15 | $150.00 | $22.50 |
| JUL-22-24 | Paralegal | Follow-up with client | 0.10 | $150.00 | $15.00 |
| JUL-26-24 | SMR | Review mtn for Rule 2004 exam and direct staff to get a mtg with client | 0.20 | $350.00 | $70.00 |

INVOICE NUMBER: 8173

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-30-24 | Paralegal | Drafting Motion to Extend time to file documents | 0.60 | $150.00 | $90.00 |
| JUL-30-24 | Paralegal | Communicate with Client and getting documents into Trustee; with attorney re: documents that we still have not received; discussion with client; request call with attorney | 2.00 | $150.00 | $300.00 |
| JUL-30-24 | SMR | Call with Client Discussion options and Difficulties of the case and issues with not receiving document requested in a timely manner | 0.50 | $350.00 | $175.00 |
| JUL-30-24 | SMR | Draft and file mtn to extend time to gather documents required by continued confirmation order | 0.50 | $350.00 | $175.00 |
| JUL-30-24 | SMR | Receive email from counsel for creditor re: acceptance of service of subpoena; request phone call with B.Rothschild; call with B.Rothschild re: to documents requested in subpoena and motion to dismiss | 0.25 | $350.00 | $87.50 |
| AUG-01-24 | SMR | Call with Client Discussing documents and trustee and other objections to confirmation; discussed taxes and motion to dismiss with prejudice | 0.50 | $350.00 | $175.00 |
| AUG-08-24 | Paralegal | Receive and review documents from clients; respond to client with explanation of additional documents needed | 1.25 | $150.00 | $187.50 |
| AUG-14-24 | SMR | discuss about case with OC prior to hearing, prep and attend hearing on motion to dismiss | 0.70 | $350.00 | $245.00 |

EXPENSES

No expenses for this billing period.

SUMMARY

| | |
|---|---|
| Total amount of services | $4,092.50 |
| Total amount of expenses | $0.00 |

### INVOICE BALANCE INFORMATION

| | |
|---|---|
| Total amount of this invoice | $4,092.50 |
| Current invoice balance | $4,092.50 |

## AMOUNT DUE ON THIS INVOICE: $4,092.50